**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**JIMMIE CARTER SMITH, INDIVIDUALLY**
**AND IN HIS CAPACITY AS ADMINISTRATOR**
**OF THE ESTATE OF JIMMIE LEE CARTER**
**AND NINA WILLIS CARTER, INDIVIDUALLY**
**AND WIFE AND HEIR AT LAW OF JIMMY LEE**
**CARTER, DECEASED,**                                                          **PLAINTIFFS,**

**VS.**                                                          **CIVIL ACTION NO. 2:06CV212-P-A**

**CANADIAN NATIONAL / ILLINOIS CENTRAL**
**RAILROAD, A/K/A CANADIAN NATIONAL**
**RAILROAD, A/K/A ILLINOIS CENTRAL**
**RAILROAD; JOHN DINNING, INDIVIDUALLY**
**AND IN HIS OFFICIAL CAPACITY AS AN**
**EMPLOYEE OF ILLINOIS CENTRAL RAILROAD,**                     **DEFENDANTS.**

## ORDER OF REMAND

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND**

**ADJUDGED** that:

(1)  Defendant Illinois Central Railroad's motion to strike the plaintiffs' reply brief [15-1]

is **GRANTED**; therefore,

(2) Defendant Illinois Central Railroad's  motion to strike Exhibit C to plaintiff's reply

brief [26-1] is **DENIED AS MOOT**;

(3) Plaintiffs' Motion to Remand to State Court [7-1] is **GRANTED**; therefore,

(4) This case is **REMANDED** to the Circuit Court of Tallahatchie County, Mississippi

from whence it came; and

(5) This case is **CLOSED**.

**SO ORDERED** this the 26th day of March, A.D., 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE